IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Bridget Bardua, :
:
    Plaintiff(s), :
: Case Number: 1:20cv110
vs. :
: Judge Susan J. Dlott
City of Cincinnati, :
:
    Defendant(s). :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on May 18, 2020 (Doc. 9), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired June 1, 2020, hereby ADOPTS said Report and Recommendation.

Accordingly, defendant's motion to dismiss the original complaint (Doc. 6) is DENIED as MOOT.

IT IS SO ORDERED.

_____
Judge Susan J. Dlott
United States District Court